JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR - 7 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRYANT GUERRERO,<br><br>        Petitioner,<br><br>  v.<br><br>KIM HOLLAND, Warden,<br><br>        Respondent. | Case No.  EDCV 15-2580-DDP(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 4/5/16

_____
Dean D. Pregerson
United States District Judge